To Whom It May Concern:

DATE FILED: June 27, 2023 3:05 PM
CASE NUMBER: 2023CV74

My name is Tania E. Blamey, I am filing a District Court lawsuit in Boulder County against Longmont Humane Society due to wrongful termination due to pregnancy complications: Ectopic pregnancy and surgery for the matter.

The complainant was employed by the Longmont Humane Society as a Human Resources Director from August 18th, 2021 to September 3rd, 2021 when she was unjustly terminated via email.

The complainant party sought accommodations for recovering from surgery directly to her supervisor: Jason Dennison - CEO, to which she was denied. The complainant was terminated via email two days after her surgery. The complainant submitted an EEOC claim during the pandemic, however the EEOC did not reply promptly and the claim was not submitted on time. The EEOC issued a right to sue letter to the complainant to which she is enforcing by filing this case on District Court. Further, after being terminated, the defendant posted the charging party position at a higher salary (5K more) and less of a position (HR Manager) than the charging party was originally hired for.

The U.S Equal Opportunity and Exchange Commission describes discrimination in the basis of pregnancy as follows:

"Pregnancy Discrimination and Pregnancy-Related Disability Discrimination

Pregnancy discrimination is against the law. The EEOC enforces two federal laws that protect job applicants and employees who are pregnant.

The first law is Title VII of the Civil Rights Act of 1964, as amended by the Pregnancy Discrimination Act, which is called "Title VII." It prohibits sex discrimination, including pregnancy discrimination. "Pregnancy" discrimination under Title VII can be based on:

- Current pregnancy;
- Past pregnancy;
- Potential pregnancy;
- Medical condition related to pregnancy or childbirth including breastfeeding/lactation;
- Having or choosing not to have an abortion;
- and Birth control (Contraception).

The second law is the Americans with Disabilities Act, which is called the "ADA." The ADA prohibits discrimination against an applicant or employee based on a disability, including a disability related to a pregnancy such as diabetes that develops during pregnancy. While pregnancy itself is not a disability under the ADA, some pregnant workers may have one or more impairments related to their pregnancy that qualify as a "disability" under the ADA. An employer may have to provide that worker with a reasonable accommodation for the pregnancy-related disability.

The ADA also requires that employers keep all medical records and information, including those that are pregnancy-related, confidential and in separate medical files.

Pregnancy & Work Situations

Title VII and the ADA cover employment discrimination in all aspects of employment, including:

- Hiring or the job application and selection process;
- Pay, job assignments, or promotions;
- Training, employee benefits, or any other term or condition of employment; and
- Firing from a job, reduction of hours, layoff, or termination of employment.

Pregnancy & Harassment

It is unlawful to harass a worker because of pregnancy, childbirth, or a medical condition related to pregnancy or childbirth or because of a pregnancy-related physical or mental disability.

Workers with Caregiving Responsibilities

Discrimination against working parents and others with caregiving responsibilities outside of work violates Title VII if it is based on sex. Under the ADA, employers cannot discriminate against employees because they associate with a person with a disability by caring for that person, for example.

Retaliation & Interference

Both Title VII and the ADA protect workers against retaliation. It is illegal for an employer to retaliate against workers for participating in the equal employment opportunity process or opposing any practice made unlawful under anti-discrimination laws.

The ADA also makes it illegal to interfere with ADA rights. "

Longmont Humane Society retaliated against the complainant by terminating her employment due to pregnancy complications, i.e ectopic pregnancy surgery.

The charging party is requesting financial remedies in the form of compensation: Lost wages, emotional distress, punitive damages, legal fees associated with this filing and the defense of this filing.

The charging party is open to discussion through a mediator in order to find a prompt resolution to this matter.

Yours sincerely,


Tania Blamey